UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIMITRE BLUTCHER | * | CIVIL ACTION |
| VS. | * | NO. 16-536 |
| STANDARD INSURANCE COMPANY | * | SECTION |
| | * | MAG. ( ) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

TO:   Dimitre Blutcher
      Through her attorneys of record,
      WILLIS AND BUCKLEY, APLC
      Jennifer N. Willis, Esq.
      Jennifer S. Martinez, Esq.
      3723 Canal St.
      New Orleans, LA 70119

PLEASE TAKE NOTICE that Standard Insurance Company ("Standard"), Defendant in that certain proceeding entitled "Dimitre Blutcher versus Standard Insurance Company," bearing No. 755764 on the docket of the 24th Judicial District Court for the Parish of Jefferson, on January 22, 2016, filed in the United States District Court, Eastern District of Louisiana, its Notice to effect the removal of said Civil Action to the United States District Court for the Eastern District of Louisiana.

A copy of said Notice is herewith served upon you ("Plaintiff"), and a copy of said Notice is being filed with the Clerk of the aforesaid State Court, in conformity with 28 U.S.C. § 1446(d), as amended.

Standard respectfully represents that the grounds for the removal are as follows:

I.

On information and belief, on November 24, 2015, a Petition entitled "Dimitre Blutcher versus Standard Insurance Company," was filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, bearing No. 755764 on the docket of said Court, which is within the Eastern District of Louisiana.

II.

Service of process was made upon Standard through its agent for service of process, the Secretary of State of the State of Louisiana, on December 28, 2015.  This Notice of Removal is timely under 28 U.S.C. 1446(b) and pursuant to the Supreme Court's decision in *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 119 S. Ct. 1322 (1999), as it was filed within thirty days after service upon Standard of Plaintiff's Petition. Attached hereto as Exhibit 1 are copies of the Petition and Citation served on Standard and through the Louisiana Secretary of State.

III.

The aforesaid Petition seeks payment of disability benefits under a Standard Disability Income Insurance Policy issued to Dimitre Blutcher. See Exhibit 1, Petition ¶ 24.

IV.

The Standard policy under which Plaintiff seeks benefits provides a Basic Monthly Benefit of $2,000.00, commencing on the 91st day of disability. The Policy also contains an Indexed Cost of Living Benefit Rider. See Exhibit 2 and 2-A, attached hereto. Plaintiff alleges in her Petition that "[b]y January of 2011, Plaintiff was totally disabled … [and] Plaintiff has satisfied all conditions for eligibility of disability benefits under the Policy … [and] Plaintiff is entitled to payment of benefits, penalties double the amount of benefits due under the policy during the period of delay penalties [sic], attorney fees, damages …. "See Exhibit 1.

V.

At the time of the filing of the Petition, Plaintiff was, on information and belief, a person of full age of majority and a resident of Jefferson Parish, which is in the Eastern District of Louisiana.

VI.

At the time of the filing of the Petition, Standard Insurance Company was a foreign insurance company, organized under the laws of the State of Oregon with its principal place of business in Portland, Oregon.

VII.

In addition to disability benefits, Plaintiff seeks damages, penalties and attorney's fees under La. R.S. § 22:1821. See Petition, Exhibit 1, ¶18. La. R.S. § 22:1821 governs penalties for failure to pay benefits under disability insurance policies, which are classified as health and accident insurance policies under Louisiana law and requires, *inter alia*, an insurer to make payment of benefits to the insured at least every

thirty days during the period of his disability covered by the contract of insurance when the insured is entitled to benefits.  Failure to comply with the statute subjects "the insurer to a penalty of double the amount of the health and accident benefits due under the terms of the policy or contract during the period of delay, together with attorney's fees to be determined by the court."

VIII.

In order to determine the amount in controversy for removal, this Court must look at the amount in controversy as of the date the suit was filed.  As of November 24, 2015, the date suit was filed, the value of the sum demanded by Plaintiff from Standard in her Petition -- for past due benefits under the Policy based on a disability date of January 6, 2011 and a 90 day Benefit Waiting Period, and taking into account the Cost of Living Adjustment provided under the Policy – totals $ 116,788.87 . See Exhibit 2, hereto. Plaintiff has also demanded penalties under La. R.S. § 22:1821, which includes attorney's fees.   See Smith v. Executive Fund Life Ins. Co., 651 F. Supp. 269, 270 (M.D. La. 1986) ("When [attorneys'] fees are awarded under a statute, they are included in calculating the jurisdictional amount").

IX.

It is clear that the amount in controversy of Plaintiff's claim against Standard exceeds the jurisdictional amount of $75,000.00, exclusive of interest and costs.

X.

The above-described action is one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), inasmuch as the matter is one

between citizens of different states and the amount in controversy exceeds the value of $75,000.00, exclusive of interest and costs.

XI.

Standard is filing in the United States District Court for the Eastern District of Louisiana, with its Notice of Removal, copies of all process, pleadings and orders which were served upon it

XII.

Promptly after the filing of this Notice of Removal in the United States District Court for the Eastern District of Louisiana, a copy of this Notice will be filed with the Clerk of the aforesaid State Court to effect the removal of such Civil Action to the United States District Court, Eastern District of Louisiana as provided by law.

Respectfully submitted,

ELKINS, P.L.C.

/s/ Jennifer M. Lawrence
VIRGINIA N. RODDY (11367)
JENNIFER M. LAWRENCE, T.A. (23829)
201 St. Charles Ave., Suite 4400
New Orleans, LA 70170
Telephone: (504) 529-3600
Telefax: (504) 529-7163
jlawrence@elkinsplc.com

ATTORNEYS FOR STANDARD
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 22nd day of January, 2016, electronically filed a copy of the foregoing pleading with the Clerk of court, using the CM/ECF system. I will send a notice of electronic filing to counsel for the plaintiff by U.S. mail, first class postage pre-paid.

/s/Jennifer M. Lawrence
JENNIFER M. LAWRENCE (23829)
Elkins, P.L.C.
201 St. Charles Ave., Suite 4400
New Orleans, LA 70170
(504) 529-3600
(504) 529-7163
jlawrence@elkinsplc.com

ATTORNEYS FOR STANDARD
INSURANCE COMPANY